UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL EDUCATION ASSOCIATION,<br>1201 16th Street, NW # 117<br>Washington, DC 20036<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL LABOR RELATIONS AUTHORITY,<br>1400 K Street, NW<br>Washington, DC 20424<br>　　　　　　　　Defendant. | Civ. Action No:<br>1:19-cv-00284 (RJL) |

## MOTION TO DISMISS OF DEFENDANT
## FEDERAL LABOR RELATIONS AUTHORITY

The claims of plaintiff Federal Education Association ("Plaintiff") against defendant Federal Labor Relations Authority ("Defendant") are based upon the Defendant's lawful issuance of decisions concerning arbitration decisions that do not involve unfair labor practices.

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and this Court's inherent authority to control its docket, Defendant respectfully requests that this Court dismiss with prejudice all of Plaintiff's claims against Defendant due to a lack of subject matter jurisdiction and failure to state claims upon which relief can be granted. The grounds for dismissing Plaintiff's claims are set forth in the accompanying statement of points of law and authorities.

                Respectfully submitted,

                <u>s/ Rebecca J. Osborne</u>
                REBECCA J OSBORNE
                Acting Deputy Solicitor
                No Attorney Bar Number Required
                Federal Labor Relations Authority
                1400 K Street, NW
                Washington, D.C. 20424
                Telephone: (202) 218-7986
                Facsimile: (202) 343-1007
                Email: rosborne@flra.gov

Dated: April 8, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of April, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia Circuit by using the CM/ECF system.  I also certify that the foregoing document is being served on counsel of record and that service will be accomplished by the CM/ECF system.

      <u>/s/ Rebecca J. Osborne</u>
Rebecca J. Osborne
Acting Deputy Solicitor
Federal Labor Relations Authority
1400 K Street, NW
Washington, DC 20424
Telephone: 202-218-7986
Email: rosborne@flra.gov