UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL EDUCATION ASSOCIATION,<br>1201 16th Street, NW # 117<br>Washington, DC 20036<br>　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL LABOR RELATIONS AUTHORITY,<br>1400 K Street, NW<br>Washington, DC 20424<br>　　　　　　　Defendant. | Civ. Action No:<br>1:19-cv-00284 (RJL) |

MEET AND CONFER STATEMENT PURSUANT TO THE COURT'S ORDER
DATED APRIL 9, 2019

Pursuant to this Court's Order dated April 9, 2019, ordering counsel to address all subjects listed in Rule 16.3(c), the parties in this matter conferred. Defendant, Federal Labor Relations Authority concurs with each point contained in the Meet and Confer Statement filed by Plaintiff Federal Education Association in this matter on May 18, 2019.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　s/ Rebecca J. Osborne
　　　　　　　　　　　　　　　　　REBECCA J OSBORNE
　　　　　　　　　　　　　　　　　Deputy Solicitor
　　　　　　　　　　　　　　　　　No Attorney Bar Number Required
　　　　　　　　　　　　　　　　　Federal Labor Relations Authority
　　　　　　　　　　　　　　　　　1400 K Street, NW
　　　　　　　　　　　　　　　　　Washington, D.C. 20424
　　　　　　　　　　　　　　　　　Telephone: (202) 218-7986
　　　　　　　　　　　　　　　　　Facsimile: (202) 343-1007
　　　　　　　　　　　　　　　　　Email: rosborne@flra.gov


Dated: May 23, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23th day of May, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia Circuit by using the CM/ECF system.  I also certify that the foregoing document is being served on counsel of record and that service will be accomplished by the CM/ECF system.

<u>/s/ Rebecca J. Osborne</u>
Rebecca J. Osborne
Deputy Solicitor
No Attorney Bar Number Required
Federal Labor Relations Authority
1400 K Street, NW
Washington, D.C. 20424
Telephone: (202) 218-7986
Facsimile: (202) 343-1007
Email: rosborne@flra.gov